UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
BENJAMIN NATHAN ROGERS,

               Plaintiff,

    - against -                 **O R D E R**

THE CITY OF NEW YORK, POLICE OFFICER JOHN   07 Civ. 4015 (NRB)
DOE, POLICE OFFICER JOHN DOE, POLICE
OFFICER JOHN DOE, POLICE OFFICER JOHN
DOE,

               Defendants.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

     All pretrial discovery in this case shall be completed by January 22, 2008, and all dispositive motions, if any, shall be submitted no later than February 8, 2008. In the absence of the submission of a dispositive motion by March 10, 2008, this case will be considered ready for trial.

        **SO ORDERED.**

Dated:   New York, New York
          October 10, 2007

                                              NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

    Benjamin Nathan Rogers
    95 R 5982
    Ulster Correctional Facility
    P.O. Boz 800
    Napanoch, NY 12458

    Caroline Chen, Esq.
    Office of the Corporation Counsel
    City of New York
    Law Department
    100 Church Street
    New York, NY 10007