```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
BENJAMIN NATHAN ROGERS,

                Plaintiff,
                                              O R D E R
         - against -
                                              07 Civ. 4015 (NRB)

THE CITY OF NEW YORK, POLICE OFFICER JOHN
DOE, POLICE OFFICER JOHN DOE, POLICE
OFFICER JOHN DOE, POLICE OFFICER JOHN
DOE,

                Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** plaintiff has sought leave to amend his complaint to include, <u>inter alia</u>, the names of the three "John Doe" defendants; and

**WHEREAS** defendant the City of New York does not object to the amended complaint, but declines to accept service on behalf of the three named individual defendants; and

**WHEREAS** there are outstanding discovery issues which require an extension of time to complete discovery; it is hereby

**ORDERED** that plaintiff's amended complaint is accepted for filing; and it is further

**ORDERED** that plaintiff shall promptly serve the individual defendants; and it is further

**ORDERED** that an extension of time to complete discovery is granted until March 21, 2008.

Dated:   New York, New York
         January 17, 2008

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Benjamin N. Rogers
95 R 5982
Mohawk Correctional Facility
6100 School Road/ POB 8451
Rome, New York 13442

Caroline Chen, Esq.
Office of the Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007